HARRIET S. GERAGOSIAN ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW BRITAIN ET AL.

ALCORN, C. J., HOUSE, THIM, RYAN and SHEA, Js.

Argued October 14—decided November 10, 1970

*John F. Walsh,* for the appellants (defendant Seaman et al.); with him, on the brief, was *George J. Coyle,* corporation counsel, for the appellant (named defendant).

*Mitchell Gardner,* for the appellees (plaintiffs).

PER CURIAM. Upon the record before us the conclusion of the trial court that the defendant board of appeals improperly granted the special exception appealed from cannot be disturbed.

There is no error.